USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __2/24/2025__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

FRANCES MARIN-YUMPO, et al.,

        Plaintiffs,

      - against -

THE ANDREW W. MELLON FOUNDATION, et al.

        Defendants.
---------------------------------------------------------------X

**ORDER**

7: 24-cv-09523-NSR

Román, D.J.:

    The Court having been informed that the Parties have reached an agreement in principle to resolve this matter, it is ORDERED, that the above-entitled action be and hereby is discontinued, subject to reopening should the agreement not be consummated within forty-five (45) days of the date hereof.

    The parties are advised that if they wish the Court to retain jurisdiction in this matter for purposes of enforcing any settlement agreement, they must submit the agreement to the Court within the next 45 days with a request that the agreement be "so ordered" by the Court.

Dated:     February 24, 2025
           White Plains, New York

SO ORDERED.

_____
Nelson S. Román, U.S.D.J.